**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1896**

_____

MORNINGSTAR FELLOWSHIP CHURCH,

Plaintiff - Appellant,

v.

YORK COUNTY, SOUTH CAROLINA; JAMES E. BAKER; HOUSTON MOTZ, "Buddy"; MICHAEL JOHNSON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:18-cv-03077-JMC)

_____

Submitted:  August 19, 2022                    Decided:  August 30, 2022

_____

Before AGEE and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Donald M. Brown, Jr., BROWN & ASSOCIATES, PLLC, Charlotte, North Carolina, for Appellant.  W. Keith Martens, HAMILTON MARTENS, LLC, Rock Hill, South Carolina; Michael Kendree, York County Attorney, York, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

MorningStar Fellowship Church ("MorningStar") appeals the district court's order granting York County's motion to dismiss as time-barred MorningStar's claim pursuant to the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc-2000cc-5.* We affirm.

We review de novo a district court's dismissal under Fed. R. Civ. P. 12(b)(6). *Rockville Cars, LLC v. City of Rockville*, 891 F.3d 141, 145 (4th Cir. 2018). In doing so, we "accept the factual allegations of the complaint as true and construe them in the light most favorable to the nonmoving party." *Id.*

We have reviewed the record and conclude that the district court did not reversibly err in its determination that Morningstar's RLUIPA claim was barred under the applicable four-year statute of limitations. *See* 28 U.S.C. § 1658; *Nat'l Advert. Co. v. City of Raleigh*, 947 F.2d 1158, 1166-67 (4th Cir. 1991) (discussing continuing violations doctrine). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* MorningStar has forfeited appellate review of all other claims adjudicated by the district court in this case by not raising those issues in its opening brief. *See Grayson O Co. v. Agadir Int'l, LLC*, 856 F.3d 307, 316 (4th Cir. 2017).

2